**Order entered May 4, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00031-CV

**DRISTI SHRESTHA, Appellant**

**V.**

**ENYA HERNANDEZ GONZALEZ, Appellee**

**On Appeal from the County Court at Law No. 5
Dallas County, Texas
Trial Court Cause No. CC-19-02805-E**

## ORDER

Before the Court is appellant's May 3, 2021 unopposed request for extension of time to file a petition for permissive appeal. We **GRANT** the motion and **EXTEND THE DEADLINE** to June 3, 2021.

/s/     ROBERT D. BURNS, III
CHIEF JUSTICE